# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Boston Division

CHARLES HENRY IRELAND FOLTZ
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

THE COMMONWEALTH OF MASSACHUSETTS CORPORATION
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. __________
*(to be filled in by the Clerk's Office)*

FILED IN CLERKS OFFICE 2022 MAY 31 AM 11:58

## COMPLAINT AND REQUEST FOR INJUNCTION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CHARLES HENRY IRELAND FOLTZ |
| Street Address | 697 Freemans Way |
| City and County | Brewster, Barnstable County |
| State and Zip Code | Massachusetts |
| Telephone Number | 774-212-4645 |
| E-mail Address | aeoninc@hotmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THE COMMONWEALTH OF MASSACHUSETTS |
| Job or Title *(if known)* | Unknown |
| Street Address | 1 Courthouse Way |
| City and County | Boston, Suffolk County |
| State and Zip Code | 02210 |

18 USC §§1561 - Peonage, Slavery, Human Trafficking; 18 §1951 - Racketeering; 18 §371, §373; 42 CH21 §1985 - Conspiracy 18 §144 – False Personation; 18 §73 §1509 – Obstruction of Justice; 18 § 1001 §1031 – Fraud; 18 §941 False Personation of Creditors of The United States; 18 §641 – Embezzlement; 18 §872 – Extortion; USCS 42 CH 21 §1986 - Refusal to Prevent Wrongs

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* ____________________, is a citizen of the State of *(name)* ____________________.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* ____________________, is a citizen of the State of *(name)* ____________________. Or is a citizen of *(foreign nation)* ____________________.

   b. If the defendant is a corporation
   The defendant, *(name)* THE COMMONWEALTH OF, is incorporated under the laws of the State of *(name)* UNITED STATES, and has its principal place of business in the State of *(name)* UNKNOWN. Or is incorporated under the laws of *(foreign nation)* UNKNOWN, and has its principal place of business in *(name)* UNKOWN.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
   Extreme and egregious denial of rights under color of law, denial of due process, life liberty and property ultra vires.

Telephone Number 617- 748-9152
E-mail Address *(if known)*

Defendant No. 2
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiffs rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Orleans District Court, Barnstable County

B. What date and approximate time did the events giving rise to your claim(s) occur?

2012 to Present

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Fiduciary malfeasance, fraud, torture, kidnapping loss of life and property.
Fuul description in attached ""BILL OF COMPLAINT IN EQUITY /
PRESENTMENT TO VOID PROCEEDINGS AND JURISDICTION /
AND FOR ENFORCEMENT OF RIGHTS UNDER FEDERAL LAW AND PUBLIC POLICY"

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Irreparable harm and damage has come to Claimant with further threat posed without any lawful restraint. Claimant has been severely damaged as outlined carefully in attached Bill of Complaint in Equity

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages are in the millions due to Plaintiffs regular defaults on all administrative processes duly served and entered into the Record. Plaintiff's warring upon Claimant has been consistent, unceasing and highly prejudicial. Damages to be adjudicated by Jury as based on the Record. See Attached Claim.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 24, 2022

Signature of Plaintiff By: Charles H.I. Foltz

Printed Name of Plaintiff CHARLES HENRY IRELAND FOLTZ

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B. For Attorneys**

Date of signing: ____________________

Signature of Attorney ____________________
Printed Name of Attorney ____________________
Bar Number ____________________
Name of Law Firm ____________________
Street Address ____________________
State and Zip Code ____________________
Telephone Number ____________________
E-mail Address ____________________

Page of 6